### J. Hunt *et al. v.* The State.

Disturbing Religious Worship. — The cracking and eating of nuts during religious services, and thereby disturbing members of the congregation, may constitute a disturbance of religious worship.

Appeal from the County Court of Hunt. Tried below before the Hon. H. B. Simonds, County Judge.

Two or three witnesses testified that they, and they thought others, were disturbed by the conduct of the defendants. They stated, also, that the preacher expressed a hope that in future the young men would leave their pecans at home.

*T. D. Montrose,* for the appellants, cited Pasc. Dig., art. 1904, 3064 ; also 1 Bish. Cr. Law, sec. 345.

*George McCormick,* Assistant Attorney General, for the State, cited Penal Code, art. 284, and Acts 1874, p. 43.

White, J. The five appellants in this case were tried

upon information in the County Court of Hunt County, for disturbance of religious worship. The disturbance consisted in cracking, picking out, and eating pecans in the church during the services. The jury found them guilty and fined them each $25, and judgment was so rendered. There is nothing in the record of which they have any just ground of complaint. Under the proof we think the jury found rightly, and that the judgment is, in every respect, correct. It is, therefore, in all things affirmed.

*Affirmed.*